HELENE H. BUROW, Appellant, *v.* ORISON C. BOUTON et al., Respondents.

Argued December 1, 1943; decided January 13, 1944.

*John R. Bushong* for appellant.

*Alexander Brand* for respondents.

Judgment of the Appellate Division reversed, and the judgment entered upon the decision of the Official Referee affirmed, with costs in this court and in the Appellate Division, on the ground that the decision of the Official Referee is in accord with the weight of the evidence. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.